UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. SPECIALTY PRODUCE CO., a California corporation, dba VESTA FOODSERVICE,<br><br>        Plaintiff,<br><br>    v.<br><br>SOUTH COUNTY CONCEPTS, INC., a California corporation doing business as TAPS FISH HOUSE AND BREWERY; JM VENTURES, INC. a California corporation doing business as TAPS FISH HOUSE & BREWERY; WILD DEVIL LLC a California limited liability company doing business as THE CATCH; GT3, LLC a California limited liability company doing business as TAPS FISH HOUSE & BREWERY; RELENTLESS SIBLINGS, LLC a California limited liability company doing business as TAPS BREWERY & BARREL ROOM; and JOSEPH P. MANZELLA, an individual,<br><br>        Defendants. | CASE NO. 8:20-cv-02371-JVS-KES<br><br>*Assigned to Hon. James V. Selna*<br><br>**JUDGMENT PURSUANT TO STIPULATION** |

////

1

Having read and considered the Request to Reopen Case Pursuant to Court Order for the Purpose of Entering Judgment filed by Plaintiff L.A. SPECIALTY PRODUCE CO., dba VESTA FOODSERVICE ("Plaintiff"), and all supporting pleadings and exhibits submitted therewith and other pleadings and exhibits already on file with this Court, and good cause appearing therefor:

**JUDGMENT IS HEREBY ENTERED** in favor of Plaintiff L.A. SPECIALTY PRODUCE CO., dba VESTA FOODSERVICE and against Defendants SOUTH COUNTY CONCEPTS, INC. dba TAPS FISH HOUSE AND BREWERY; JM VENTURES, INC. dba TAPS FISH HOUSE & BREWERY; GT3, LLC dba TAPS FISH HOUSE & BREWERY; RELENTLESS SIBLINGS, LLC. dba TAPS BREWERY & BARREL ROOM; and JOSEPH P. MANZELLA, jointly and severally, in the total amount of $25,697.59, itemized as $22,404.59 due under the Stipulation, plus $3,293.00 in attorneys' fees, all of which qualifies for trust protection under the trust provision of Perishable Agricultural Commodities Act ("PACA") [7 U.S.C. §499e, *et seq.*]

The Clerk shall enter judgment forthwith.

**IT IS SO ORDERED.**

Dated: March 03, 2022

_____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE